In the Matter of the Application of Edwin DUFFEY, as Commissioner of Highways of the State of New York, for a peremptory writ of mandamus against John J. Clark, as Treasurer of Onondaga County. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Order entered March 29, 1916, amended so as to state that the affirmance was made as matter of law and not in the exercise of the discretion of the court.

Peter DUFFY v. Charles L. AMENT. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

William DUKE, respondent, v. James C. FARGO, as President, etc., appellant. William GLYNN, respondent, v. SAME, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motions denied.

Mary J. DUMAS, applt., v. James E. MARTIN, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur.

In the Matter of the Examination of Joseph DUNFEE in Proceedings Supplementary to Execution upon Application of Frank Hasbrouck, as Superintendent of Insurance and receiver, etc. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Motion for leave to appeal to Court of Appeals granted, and question for review certified.

In the Matter of the claim of Aggie Whelan DUNN for compensation under the Workmen's Compensation Law, respt., v. WEST END BREWING COMPANY, employer, and Central & Western New York Brewers' & Malsters' Mutual Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Mary L. DURBROW v. SWEDISH IRON & STEEL CORPORATION. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted, upon defendant filing stipulation provided for in order. Order signed.

The EAGLE WATERPROOF CO., Inc., v. N. Y. MACKINTOSH CLOTHING CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Edward A. EAMES et al., respts., v. BUFFALO & WILLIAMSVILLE ELECTRIC RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

In the Matter of Cornelius J. EARLEY, an attorney. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Referred to official referee. Settle order on notice.

Thomas Harry EARNSHAW, applt., v. CIT OF SYRACUSE, respt. (Supreme Court, A] pellate Division, Fourth Department. April 1 1916.) Judgment and order affirmed with cost All concur.

Samuel B. ECKERT, Respt., v. AUSTRO AMERICANA STEAMSHIP CO., Ltd., Appl (Supreme Court, Appellate Division, First D partment. June 2, 1916.) Determination a firmed with costs. No opinion. Dowling, J dissenting and voting to reverse, unless plair tiff consent to reduce recovery to $229.40, wit interest and costs. Order filed.

Lillian E. EDDY, respt., v. C. B. KEITI FAMILY THEATER CO., applt. (Suprem Court, Appellate Division, Fourth Departmen June 15, 1916.) Judgment and order affirme with costs. All concur.

Emma EDERHEIMER, Applt., v. Leopol EDERHEIMER, Respt. (Supreme Court, A] pellate Division, First Department. May 2( 1916.) Judgment reversed, and new trial orde ed, with costs to appellant to abide event. N opinion. Settle order on notice.

Jedediah P. EDGERTON, applt., v. NEV YORK STATE RAILWAYS, respt. (Suprem Court, Appellate Division, Fourth Departmen May 24, 1916.) Judgment reversed and nev trial granted, with costs to appellant to abid event: Held, that the question of the plaintiff contributory negligence, as well as that of th defendant's negligence, was a question of fac for the jury. All concur, except Foote, J., wh dissents, and De Angelis, J., not voting.

In the matter of the application of Charle EDKINS for a writ of mandamus, Applt., v. W W. WOTHERSPOON, as superintendent c public works of the State of New York, respt (Supreme Court, Appellate Division, Third De partment. June 30, 1916.) Order amended, s as to read as follows: "Ordered that the orde so appealed from be and the same hereby i unanimously affirmed, with $10 costs and dis bursements. This order is affirmed as a matte of law and not in the exercise of discretion. See, also, 158 N. Y. Supp. 710.

EDW. J. NOBLE CO., Inc., Respt., v. DA VID P. LEAHY REALTY CO., et al., Applt (Supreme Court, Appellate Division, First De partment. May 26, 1916.) Order affirmed, wit $10 costs and disbursements, with leave to de fendants to withdraw demurrer and to answe on payment of costs in this court and in th court below. No opinion. Order filed.

Kathryn T. EGAN, applt., v. INTERNA TIONAL RY. CO., respt. (Supreme Court, A] pellate Division, Fourth Department. July ( 1916.) Motion for reargument denied with $1( costs. Motion for leave to appeal to Court o Appeals denied.

Estelle E. EICHENBRONER, respondent, Edward EICHENBRONER, appellant. (Su preme Court, Appellate Division, Second De partment. June 9, 1916.) Order affirmed, witl

10 costs and disbursements, and stay vacated. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Louis EIG, as Admr., etc., Applt., v. Martin SCHRENKEISEN, Jr., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Frederick S. EISEMANN, Respt., v. Florence A. HAZARD, Applt. (Supreme Court, Appellate Division, First Department. June 16, 916.) Judgment and order affirmed, with costs. No opinion. Order filed. See, also, 161 App. Div. 703, 146 N. Y. Supp. 685.

Francis W. ELDER, Respt., v. Robert W. M. NUNN, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements, on the authority of Ulner v. Doran, 167 App. Div. 259, 152 N. Y. Supp. 655. Order filed.

In the Matter of Caroline A. ELDREDGE, dec'd. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the Application for the resubmission to the ELECTORS OF the TOWN OF BATH, of the questions of local option under the Liquor Tax Law. Newell E. Whiting et al., petitioners, applts. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion granted, and appeal dismissed, with costs.

In the Matter of the Application for a Resubmission to the ELECTORS OF the TOWN OF WAYLAND, etc., under the Liquor Tax Law. (Supreme, Court, Appellate Division, Fourth Department. May 24, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Joseph ELIAS v. Morris KRAMER et al. Joseph ELIAS v. William TRESSELT et al. (Supreme Court, Appellate Division. First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Edward S. ELLIS v. HARTLEY–THOMAS CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

In the Matter of John E. ELLISON, an attorney. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Motion denied. Settle order on notice.

ELMIRA ADVERTISER ASSOCIATION, applt., v. Francis M. HUGO, as Secretary of State of the State of New York, et al., respts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion to dismiss appeal denied. Judgment unanimously affirmed, with costs. This court finds that the Republican supervisors were justified by the facts in determining that the Elmira Advertiser did not, at the time of the designation, fairly represent the Republican Party.

EMPIRE TRUST COMPANY, plaintiff, v. Charles W. COLEMAN, as executor, etc., et al., defendants. Charles W. Coleman, as executor, etc., appellant; William J. Youngs, referee, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion denied.

Alexander ENGEL et al., Respts., v. SHUBERT THEATRICAL CO., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order modified, by directing that the provision in the original order for the appointment of a referee be stricken out, and that the examination therein ordered proceed before the court; and, as so modified, the order appealed from is affirmed, without costs. No opinion. Settle order on notice.

Mary E. ENNIS, respt., v. NEW YORK STATE RAILWAYS, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Nicola ESPOSITO, an inft., etc., Respt., v. COMPAGNIE FRANÇAISE DE NAVIGATION A VAPEUR, etc., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Clarke, P. J., and McLaughlin, J., dissenting. Order filed.

EXCHANGE BUFFET CORPORATION, Applt., v. CAFETERIA BUFFET LUNCH CO., Inc., at al., Respts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Josephine M. FAIRCHILD, plaintiff, v. Emma E. Reed DE GUZMAN, appellant, Scarsdale Estates, respondent, White Plains Development Company et al., defendants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, on condition that the appellant perfect the appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Josephine M. FAIRCHILD, appellant, v. SCARSDALE ESTATES, respondent, White Plains Development Company et al., defendants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Annie FARLEY, as Admx., v. Peter J. CAREY et al. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.